UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FILED
DEC - 5 2007
USDC WP SDNY

BETANCOURT PROPERTIES MANAGEMENT CORP. and RENEWAL ARTS REALTY CORP.,

Plaintiffs,

-against-

SIMPLEX GRINNELL LP a/k/a and/or d/b/a SIMPLEX GRINNELL or TYCO/FIRE & SECURITY/SIMPLEX GRINNELL,

Defendants.

State Index No.: 302266/07

Docket No.:
'07 CIV 11047

**RULE 7.1 DISCLOSURE STATEMENT**

JUDGE GRIESA

Defendant SIMPLEXGRINNELL LP s/h/a SIMPLEX GRINNELL LP a/k/a and/or d/b/a SIMPLEX GRINNELL or TYCO/FIRE & SECURITY/SIMPLEX GRINNELL, by its attorneys, GOLDBERG SEGALLA LLP, makes the following disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

SIMPLEXGRINNELL LP is an indirect subsidiary that is wholly owned by Tyco International, Ltd., a chartered Bermuda company publicly traded on the New York Stock Exchange [NYSE:TYC]. Tyco International, Ltd.'s offices are located at 90 Pitts Bay Road, Pembroke HM 08, Bermuda.

Dated: White Plains, New York
December 5, 2007

GOLDBERG SEGALLA, LLP

By: _____
MICHAEL D. SHALHOUB (MS-2879)
SUZIN L. RASO (SR-5426)
*Attorneys for Defendant*
170 Hamilton Avenue, Suite 203
White Plains, New York 10601
(914) 798-5400
File No.: 14502.0003

To:    BRIAN M. LIMMER, ESQ.
*Attorney for Plaintiffs*
114 Old Country Road, Suite 460
Mineola, New York 11501
(516) 877-8100