UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK


FILED
DEC - 5 2007
USDC WP SDNY

---

BETANCOURT PROPERTIES MANAGEMENT CORP. and RENEWAL ARTS REALTY CORP.,

       Plaintiffs,

-against-

SIMPLEX GRINNELL LP a/k/a and/or d/b/a SIMPLEX GRINNELL or TYCO/FIRE & SECURITY/SIMPLEX GRINNELL,

       Defendants.

State Index No.: 302266/07

Docket No.:

'07 CIV 11047

**DEMAND FOR A JURY TRIAL**

JUDGE GRIESA

---

**PLEASE TAKE NOTICE THAT** Defendant SIMPLEXGRINNELL LP s/h/a SIMPLEX GRINNELL LP a/k/a and/or d/b/a SIMPLEX GRINNELL or TYCO/FIRE & SECURITY/SIMPLEX GRINNELL, hereby demands a trial by jury pursuant to Fed. R. Civ. P. 38(b) and L.R. 38.1 and 81.3.

Dated: White Plains, New York
   December 5, 2007

            GOLDBERG SEGALLA, LLP

            By: _____
            MICHAEL D. SHALHOUB (MS-2879)
            SUZIN L. RASO (SR-5426)
            *Attorneys for Defendant*
            170 Hamilton Avenue, Suite 203
            White Plains, New York 10601
            (914) 798-5400
            File No.: 14502.0003

To:   BRIAN M. LIMMER, ESQ.
      *Attorney for Plaintiffs*
      114 Old Country Road, Suite 460
      Mineola, New York 11501
      (516) 877-8100

93583.1