

# GOLDBERG SEGALLA LLP
*Attorneys at Law*

| PENNSYLVANIA | NEW YORK | NEW JERSEY |
|---|---|---|
| Philadelphia | Buffalo • Syracuse • Albany • Manhattan<br>Rochester • White Plains • Long Island | Princeton |

Suzin L. Raso

Direct dial 914.798.5430
sraso@goldbergsegalla.com

**MEMO ENDORSED**

170 Hamilton Ave. / Suite 203
White Plains, New York 10601-1717
914.798.5400 FAX 914.798.5401
www.goldbergsegalla.com

December 12, 2007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 12/13/07

**VIA FACSIMILE**  [(212) 805-7908]
Honorable Thomas P. Griesa
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Betancourt Properties Management Corp., and Renewal Arts Realty Corp.,
v. Simplex Grinnell LP a/k/a and/or d/b/a Simplex Grinnell or
Tyco/Fire & Security/Simplex Grinnell
Docket No.: 07-CV-11047
GS Ref. No.: 14502.0003

Dear Hon. Griesa:

We are counsel for the Defendant SIMPLEXGRINNELL LP s/h/a SIMPLEX GRINNELL LP, et al. in the above referenced matter.

We respectfully request the Court's approval of an extension of thirty (30) days, until January 11, 2007, for Defendant to appear and Answer in this matter. As evidence by the attached Stipulation, Plaintiff's counsel, Brian M. Limmer, Esq., has consented to the extension.

Thank you for your consideration of our request. Should you have any comments or questions, please do not hesitate to contact me.

Respectfully,

Suzin L. Raso

SLR:
Attachment
95002.1

cc: Brian M. Limmer, Esq.
114 Old Country Road, Suite 460
Mineola, New York 11501
[*via facsimile w/enclosure*]

So Ordered _/s/ Thomas P. Griesa_
THOMAS P. GRIESA
USDJ

Dated: 12/12/07

Affiliated with Studio Legale Casini, Milan and Viareggio, Italy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BETANCOURT PROPERTIES MANAGEMENT CORP.
and RENEWAL ARTS REALTY CORP.,

                  Plaintiffs,           Docket No.: 07-CV-11047

-against-

SIMPLEX GRINNELL LP a/k/a and/or d/b/a SIMPLEX
GRINNELL or TYCO/FIRE & SECURITY/SIMPLEX
GRINNELL,

                  Defendants.

---

    IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the parties herein that Defendant SIMPLEXGRINNELL LP s/h/a SIMPLEX GRINNELL LP a/k/a and/or d/b/a SIMPLEX GRINNELL or TYCO/FIRE & SECURITY/SIMPLEX GRINNELL, in the above-captioned matter, shall have up to and including January 11, 2007, to answer the Complaint of Plaintiffs BETANCOURT PROPERTIES MANAGEMENT CORP. and RENEWAL ARTS REALTY CORP.

    IT IS HEREBY STIPULATED AND AGREED that Defendant will not interpose an affirmative defense for service of process.

Dated:    White Plains, New York
            December 11, 2007

By: _____            By: _____
Brian M. Limmer, Esq.                    Michael D. Shalhoub, Esq.
*Attorneys for Plaintiffs*               Suzin L. Raso, Esq.
BETANCOURT PROPERTIES         GOLDBERG SEGALLA LLP
MANAGEMENT CORP. and RENEWAL   *Attorneys for Defendant*
ARTS REALTY CORP.                  SIMPLEXGRINNELL LP s/h/a SIMPLEX
114 Old Country Road               GRINNELL LP a/k/a and/or d/b/a
Suite 460                               SIMPLEX GRINNELL or TYCO/FIRE &
Mineola, New York 11501            SECURITY/SIMPLEX GRINNELL
(516) 877-9100                     170 Hamilton Avenue, Suite 203
                                          White Plains, New York 10601
                                          (914) 798-5400
                                          GS Ref. No.: 14502.0003