UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————x

BETANCOURT PROPERTIES MANAGEMENT
CORP. and RENEWAL ARTS REALTY CORP.,

        CASE NO. 07-cv-11047 (TPG)

Plaintiffs,

-against-

SIMPLEX GRINNELL LP a/k/a and/or d/b/a
SIMPLEX GRINNELL or TYCO/FIRE &
SECURITY/SIMPLEXGRINNELL,

Defendants.
——————————————————————x

## STATEMENT OF UNDISPUTED MATERIAL FACTS OF RECORD

1. On or about May 30, 2007, Plaintiffs signed a contract with SimplexGrinnell LP to perform certain design-related work at 804 East 138th Street, Bronx, New York. *See* Exhibit B attached to SimplexGrinnell's Memorandum of Law, with accompanying Affidavit of Marion Rivera, at Page 3 of Exhibit B.

2. The contract signed by Plaintiffs and Defendant contains a provision explicitly excluding the recovery of consequential damages in the event of a breach. *See* Exhibit B attached to SimplexGrinnell's Memorandum of Law, with accompanying Affidavit of Marion Rivera, at Page 2, Paragraph 5.

3. Plaintiffs allege no property damage or personal injuries in their Verified Complaint. *See* Exhibit A attached to SimplexGrinnell's Memorandum of Law.

Dated: White Plains, New York
      January 11, 2008

Respectfully submitted,

By: _____
Michael D. Shalhoub, Esq. (MS-2879)
Suzin L. Raso, Esq. (SR-5426)
GOLDBERG SEGALLA, LLP
170 Hamilton Avenue, Suite 203
White Plains, New York 10601-1717
(914) 798-5400

*Attorneys for Defendant*
*SimplexGrinnell LP.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2008 I electronically filed the foregoing Rule 56 Statement of Undisputed Facts with the Clerk of the US District for the Southern District of New York, using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

> Brian M. Limmer, Esq.
> 114 Old Country Road
> Suite 460
> Mineola, New York 11501

In addition, Plaintiff's counsel, Brian M. Limmer, Esq., was mailed a copy of the foregoing Rule 56 Statement of Undisputed Facts via US Mail on this the 11th day of January 2008.

By: _____
Michael D. Shalhoub, Esq. (MS-2879)
Suzin L. Raso, Esq. (SR-5426)
GOLDBERG SEGALLA, LLP
170 Hamilton Avenue, Suite 203
White Plains, New York 10601-1717
(914) 798-5400

*Attorneys for Defendant*
*SimplexGrinnell LP.*