# MEMO ENDORSED

LAW OFFICES
OF
**BRIAN M. LIMMER**

PLEASE SEND ALL CORRESPONDENCE TO:
114 OLD COUNTRY ROAD
SUITE 460
MINEOLA, NY 11501
TELEPHONE (516) 877-8100
FACSIMILE (516) 877-8708

OFFICE HOURS BY APPOINTMENT ONLY:

401 BROADWAY - SUITE 1703
NEW YORK, NY 10013

409 ROUTE 112
PORT JEFFERSON STATION, NY 11776

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/08
```

<u>VIA FACSIMILE</u> (212) 805-7908

February 1, 2008

Honorable Thomas P. Griesa
United States District Court
Southern District of New York
500 Pearl Street, Room 1630
New York, NY 10007

Re: Betancourt Properties Management Corp., and Renewal
Arts Realty Corp.,
vs.
Simplex Grinnell LP a/k/a and/or d/b/a Simplex
Grinnell or Tyco/Fire & Security/Simplex Grinnell
Docket No.: 07-CV-11047
GS Ref. No.: 14502.0003

Dear Honorable Thomas Griesa:

We are counsel for the Plaintiffs Betancourt Properties Management Corp., and Renewal Arts Realty Corp. in the above-referenced matter.

Defendant's Motion to Dismiss is returnable February 14, 2008. Susan L. Raso, Esq., attorney for the Defendants, has consented to a forty-five(45) day adjournment of this date as my surgery is scheduled for February 14, 2008.

We respectfully request an adjournment of this Motion on consent for forty-five(45) days until March 31, 2008. We await the

Z:\Wp51\Betancou\Corr

- 2 -

Re: Betancourt Properties Management Corp., and Renewal
Arts Realty Corp.,
vs.
Simplex Grinnell LP a/k/a and/or d/b/a Simplex
Grinnell or Tyco/Fire & Security/Simplex Grinnell
Docket No.: 07-CV-11047
GS Ref. No.: 14502.0003

approval of the Court.

    Thank you for your consideration of our request. Should you have any comments or questions, please do not hesitate to contact me.

        Respectfully,

        */s/ Brian M. Limmer*
        Brian M. Limmer, Esq.

BML:ad
cc: Susan L. Raso, Esq.
    Attorney for Defendants
    [via *facsimile* (914) 798-5401]

So Ordered */s/ Thomas P. Griesa*
        THOMAS P. GRIESA
        USDJ

Dated: 2/4/08

z:\Wp51\Betancou\Corr