MEMO ENDORSED

LAW OFFICES
OF
BRIAN M. LIMMER
PLEASE SEND ALL CORRESPONDENCE TO:
114 OLD COUNTRY ROAD
SUITE 460
MINEOLA, NY 11501
TELEPHONE (516) 877-8100
FACSIMILE (516) 877-8706

OFFICE HOURS BY APPOINTMENT ONLY:

401 BROADWAY - SUITE 1703
NEW YORK, NY 10013

409 ROUTE 112
PORT JEFFERSON STATION, NY 11776

MAR 27 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/28/08

***VIA FACSIMILE*** *(212) 805-7908*

March 26, 2008

Honorable Thomas P. Griesa
United States District Court
Southern District of New York
500 Pearl Street, Room 1630
New York, NY 10007

Re: Betancourt Properties Management Corp., and Renewal Arts Realty Corp.,
vs.
Simplex Grinnell LP a/k/a and/or d/b/a Simplex Grinnell or Tyco/Fire & Security/Simplex Grinnell
Docket No.: 07-CV-11047
GS Ref. No.: 14502.0003

Dear Honorable Thomas Griesa:

We are counsel for the Plaintiffs Betancourt Properties Management Corp., and Renewal Arts Realty Corp. in the above-referenced matter.

Defendant's Motion to Dismiss is returnable March 31, 2008. Susan L. Raso, Esq., attorney for the Defendants, has consented to a thirty (30) day adjournment of this date until April 30, 2008. Plaintiffs' Opposition papers are to be received in Defendant's office by April 23, 2008.

Z:\Wp51\Betancou\Corr

Re: Betancourt Properties Management Corp., and Renewal Arts Realty Corp.,

vs.

Simplex Grinnell LP a/k/a and/or d/b/a Simplex Grinnell or Tyco/Fire & Security/Simplex Grinnell

Docket No.: 07-CV-11047

GS Ref. No.: 14502.0003

We respectfully request an adjournment of this Motion on consent for thirty(30) days until April 30, 2008. We await the approval of the Court.

Thank you for your consideration of our request. Should you have any comments or questions, please do not hesitate to contact me.

Respectfully,

Brian M. Limmer, Esq.

BML:ad

cc: Susan L. Raso, Esq.
Attorney for Defendants
[*via facsimile (914) 798-5401*]

So Ordered Thomas P. Griesa
THOMAS P. GRIESA
USDJ

Dated: March 28, 2008

Z:\Wp51\Betancou\Corr