```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
BETANCOURT PROPERTIES MANAGEMENT CORP.
and RENEWAL ARTS REALTY CORP.,
                                           DECLARATION IN
                                           OPPOSITION TO MOTION
                                           TO DISMISS AND IN
                                           SUPPORT OF CROSS-MOTION
                  Plaintiffs,              CASE NO. 07-cv-11047(TPG)


                  -against-


SIMPLEX GRINNELL LP a/k/a and/or d/b/a
SIMPLEX GRINNELL or TYCO/FIRE &
SECURITY/SIMPLEX GRINNELL,


                  Defendants.
----------------------------------------X
STATE OF NEW YORK    )
COUNTY OF THE BRONX  ) ss:
```

Jose Betancourt, President of BETANCOURT PROPERTIES MANAGEMENT CORP. and RENEWAL ARTS REALTY CORP., being duly sworn, deposes and states the following under the penalty of perjury and having personal knowledge thereof:

1. This Declaration is offered in opposition to Defendant's Motion and in support of Plaintiffs' Cross-Motion;

2. At all relevant times I personally disputed, verbally and in writing, all charges by the Defendant for the subject project.

3. The Defendant failed and refused to complete the subject project for a fire system in a proper or timely manner and Plaintiffs were damaged thereby.

4. For simplification, attached hereto and incorporated by reference herein as Exhibit "A" is a true copy of my letter dated July 3, 2007 to the Defendant outlining various breaches of contract, etc. regarding the project. Said letter was sent to the Defendant via fax and certified mail. Clearly, the Defendant was properly placed on notice of Plaintiffs' claims against it.

5. I am informed by our attorney that the subject contract does not have any clause prohibiting an action for damages as in the case at bar.

6. Additionally, annexed hereto as Exhibit "B" is a true copy of the City of New York Fire Department letter dated April 25, 2007 against the premises which I received that outlines the basis for Plaintiffs' instant claims against Defendant.

7. Annexed hereto as Exhibit "C" is a true copy of the letters of Defect I received from the City of New York Fire Department against the premises for the subject project that is at bar. Clearly, documentary evidence exists that indicates genuine issues of fact of Defendant's faulty performance of the contract and that the Defendant is not entitled to any dismissal of the Complaint as a matter of law.

8. I also believe that the Defendant engaged in a scheme to defraud Plaintiffs as alleged in the Complaint. Countless lies and non-performance by Defendant should not be allowed to go without a day in Court for Plaintiff as evidenced by the NYC Fire Department

correspondence. Further, Plaintiffs have had to expend additional monies to cure and complete Defendant's defective work in addition to other related losses.

9. It is respectfully requested that Defendant's motion be denied and that Plaintiffs', Cross - Motion be granted and for such other and further relief as the Court deems just, proper and equitable.

*[signature]*
JOSÉ BETANCOURT, PRES.
BETANCOURT PROPERTIES MANAGEMENT CORP.
and RENEWAL ARTS REALTY CORP.

Sworn to on the 23rd day of April, 2008.

*[signature]*

BRIAN M. LIMMER
Notary Public, State of New York
No. 02LI4785163
Qualified in Nassau County
Commission Expires July 31, 2009

**EXHIBIT "A"**

# Betancourt Properties Mgmt. Corp.
800 EAST 138th STREET, BRONX, N.Y. 10454
TEL: 718-742-2800 * FAX: 718-742-2818



July 3, 2007

Tyco/Simplex Grinnell
2323 Randolph Avenue
Avenel, N.J. 07001-0000

Fax (212) 462-4524
Via Certified Mail:
7006 0810 0000 3167 5088

Attention: S. Altan Mansur

Re: Location: 804 E 138th Street, Bronx, N.Y.

Effective today July 3, 2007, the service agreement for the Fire Alarm System at the above mentioned property is cancelled and rendered null and void for the following reasons:

1) On May 24th you gave me a scope of work totaling $4,032.00 and that was to perform a pre-test to determine system conditions. You sent two (2) men to perform one time full fire alarm inspection, and then on May 29th you sent me a quotation for $9,568.00 to correct deficiencies as per the pre-test you performed.

The scope of work that you promised to do was to provide for:

a) Engineer of record to perform post approval amendment, modify FA6 and FA7 Plans to reflect temporal 3 operations, resubmit M2565 and B-45.
b) Provide electrical contract of record for A-433 and affidavit stating system is trouble free.
c) Provide technicians for FD inspections.

2) On May 17 we negotiate a five year service agreement, you asked for an annual fee of $11,625.00 and finally we settle for $10,500.00. I explained to you very clear that this job was a top priority and I was losing $75,000.00 every month. You assured me that everything could be ready before the end of the month and because all the promises that you made to me I signed the agreement in good faith.

3) Every time I called Robert Laurie I reminded him of the urgency to finish this job and he asked me not to worry because everything was moving along very well.

4) On June 21st, Robert claimed that he sent his expeditor to the Building Department to file the corrected applications and drawings and they told him that the folder for my job was missing. They were right, my expeditor had the folder. On the next day (June 22), I picked up the folder and I called Robert. He told me that he would meet me Monday the 25th at my office to pick up the folder, that same day he told me that the modified drawings were ready and he would make an appointment the next day to present all the papers including the corrected drawings. To my surprise, Robert confessed that as of that day they had not started working on those modifications yet and the applications and the file were not ready. So all along I was given the wrong impression that everything was under control. Again, I reminded him about my losses of $75,000.00 every month and that I could not be happy with this situation, knowing that they have been acting with negligence.

5) On the 27th I called Tony Somefun, he was the person that recommended your company. I told him about the problem and the false promises I was getting from your company, and he came over to help resolve my problem. Mr. Somefun corrected the drawings, made the copies and prepare the applications in my office. We made copies and took them to the Building Department and they gave us an appointment with the examiner for June 28th in the morning to review the drawings and approval. Our rush was to meet the deadline of July 2nd inspection.

In two (2) days, Mr. Somefun did what your company could not in one month and a half, plus another month that you might need to be ready for inspection which would increase my losses to $187,500.00.

6) Robert apologized for the very poor performance of his company and confess that the reason was that his engineer was on vacation and the only thing he could do was to bring a raised diagram and talk to the inspector to see if he could accept it instead of the approved drawings. Again, I reminded him of my losses and asked him who is going to be responsible for those losses. At that time he mentioned me that I owed him the amount of $4,032.00 for the pre-test performed, and then I told him I was going to send a letter to your company mentioning my losses and all the work he never did and that from those losses he could deduct the $4,032.00.

7) I contact the electrician that Robert recommended (K.C.K. Electrical Corp.) to notify him of the July 2nd inspection and he claimed that he never heard of my company before. Then I faxed a copy of the papers that Robert gave me. Half hour later I had a call from Robert saying that the electrician called him and said that I asked him to give us a self certification, this was a lie. I never asked any electrician for that, I only told the secretary about the July 2nd Fire Department inspection.

8) Just to cover the poor handling of my project, I was told that the drawings we gave you were incomplete and that FA6 and FA7 were missing. Later on, Robert acknowledged that they received everything plus a disc that we gave him. I asked Robert to send me back my folder and he said it would take about 2 days more, but because of the urgency of this project, I had to go in person to your office for my folder.

9) Finally, due to this delay, we accumulated losses of $187,500.00. This is a huge sum of money and Robert was always aware of this.

If you think I owe you any money you can deduct it from my losses and send me the balance as shown below to avoid legal procedures. I have lost all confidence in your company based on its negligence, breach of agreement, deception, unlawful business practices and fraud perpetrated on me and my company. It is apparent based upon the above that your company is not fit to render competent service under the service agreement and my company will inevitably be damaged as a direct result thereof.

$187,500.00
($ 4,032.00)
Balance → $183,468.00

Respectfully Yours,

*(signature)*

Jose Betancourt
President

Cc: Robert Laurie (via certified mail #7006 0810 0000 3167 5071)
Anthony Somejun, P.E.

7006 0810 0000 3167 5088

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

AVENEL NJ 07001 OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.41 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.21 |

USPS PALISADES POSTAL STORE WEST NYACK NY 10994-6603 0342 10 JUL 03 2007 Postmark Here 07/03/2007

Sent To S. Altan Mansur - Tyco/Simplex G.
Street, Apt. No.; or PO Box No. 2323 Randolph Ave
City, State, ZIP+4 Avenel NJ 07001

PS Form 3800, June 2002 See Reverse for Instructions

**tyco**
Fire & Security

**SimplexGrinnell**

**S. Altan Mansur**
*Service Sales Account Executive*
*Cell: 917-299-5531*
*smansur@tycoint.com*

*SimplexGrinnell LP*
*2323 Randolph Avenue*
*Avenel, NJ 07001*

*Tele: 888-447-4027*
*Fax: 212-462-4524*
*Lic.# 559-A.J. Menter*
*GSA Schedule Contractor*
*www.simplexgrinnell.com*

7006 0810 0000 3167 5

For delivery information visit our website at www.usps.com®

AVENEL NJ 07001 OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.41 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.21 |

USPS PALISADES POSTAL STORE WEST NYACK NY 10994-6603 0342 10 JUL 03 2007 Postmark 07/03/2007

Sent To Robert J. Laurie - Tyco Simplex Grinnell
Street, Apt. No.; or PO Box No. 2323 Randolph Ave.
City, State, ZIP+4 Avenel NJ 07001

PS Form 3800, June 2002 See Reverse for Instructions

**Robert J. Laurie**
*Electronic Service Sales Rep*
*Cell: 917-417-7521*
*rlaurie@tycoint.com*

*SimplexGrinnell LP*
*NYC District Office*
*2323 Randolph Avenue*
*Avenel, NJ 07001*

*Tele: 732-381-7722*
*Fax: 212-462-4524*
*Toll Free: 888-447-4027*
*24 Hour Emergency Service*
*www.simplexgrinnell.com*

EXHIBIT "B"

**FIRE DEPARTMENT**
9 METROTECH CENTER    BROOKLYN, N.Y. 11201-3857

*The City of New York*

April 25, 2007

The Office of the Bronx Borough President
151 Grand Concourse,
Bronx, New York, 10451
Attn: Marisol Halperin, Room 207

Subject: The Wellness Center at Port Morris,
804 East 135th Street, Bronx, NY 10454

Dear Ms. Halperin:

The request from your office for a second expedited inspection at the subject location was discussed in the Bureau of Fire Prevention (BFP) yesterday. The first expedited inspection was conducted by Inspector Mohammed Rahman on March 22, 2007.

I conferred with Assistant Chief of Fire Prevention Thomas Jensen and the Supervisory/Technical staff of the Fire Prevention's Fire Alarm Inspection Unit. It was determined after an account record review that a second expedited inspection would not be possible at this time.

There were numerous technical and administrative deficiencies reported by Inspector Rahman. The main technical problem is that the fire alarm panel is not suitable for an individually coded fire alarm system. It must be replaced, or an official "reconsideration" application submitted to the Bureau of Fire Prevention. A master-coded system may be found acceptable following an appropriate review by the Bureau of Fire Prevention's Technology Management Unit. It is also very important to point out that the HVAC installation had not been completed on the day of the first expedited inspection. A fan shutdown test could not be conducted because of this.

There were also administrative shortcomings. The electrical contractor's affidavit (the A-433 form) must be properly completed to reflect the installed fire alarm system. The A-433 form reviewed by Inspector Rahman indicated two systems, an individually coded interior fire alarm and a class "E" system. This must be corrected. Also, the A-433 form indicates a sprinkler booster pump. This requires the submission of a plumbing application, called the Schedule-B form, from the NYC Department of Buildings.

Page 1 (of 2)

The following course of action must be taken prior to a second expedited inspection:

- A B-45 application for inspection must be submitted to the Fire Alarm Inspection Unit's scheduling desk on the first floor of FDNY Headquarters along with all other pertinent documents. This must be accomplished after the referenced instructions are accommodated. The scheduling desk is in a public access area and does not require an appointment.
- An affidavit must also be submitted from a professional engineer, electrical contractor or registered architect indicating that the fire alarm system has been made defect free as per code.

Do not hesitate to contact me if you have any further questions. I can be reached at rampinr@fdny.nyc.gov or 718-999-2374.

Very truly yours,

Robert S. Rampino
Director of the Fire Alarm Inspection Unit

Page 2 (of 2)

EXHIBIT "C"



FIRE DEPARTMENT
BUREAU OF FIRE PREVENTION
9 MetroTech Center
Brooklyn, N.Y. 11201-3857

Page 1 Of 1

# LETTER OF DEFECT

Control No. 034326

Premises: 807 East 137th Street
Bronx, NY

Owner:
The Williams Center at Port Morris
800 East 137th Street
Bronx, NY
ZIP

DATE OF INSPECTION: 08-18-2007
INSPECTOR: (Print) M. Kavelier
BLDG. DEPT. APPL. NO.: 201037326
PLAN NO.: —
FLOOR(S) INSPECTED: Bsmt
SYSTEM: Standpipe/Sprinkler Automatic Fire Pump

Sir/Madame,

You are hereby informed that upon inspection of the Electrical Equipment installed at the above premises, deficiencies were noted requiring the corrective action stated below. This letter of Defect is subject to administrative review and may result in the issuance of an Amended Letter of Defect.

① Provide Alarm for "Fire Pump Run + Fire Pump Fail" to be monitored by an Approved Central office Company + make operational as required.
② Bypass/Replace all Tamper Switches associated with Fire Pump + inspector "Supv Tamper Switch Bsmt Level Fire Pump Room" + make all operable as required.
③ Provide Separate Form A-433 Stamped + Sealed from Licensed Electrical Contractor for Standpipe/Sprinkler Automatic Fire Pump.
④ The above noted items shall NOT be Self Certified + require submission of Form B-45 for Test/Inspection with a member of this Dept as required.

RECEIVED BY: Jan Bettencourt
INSPECTOR: M. Kavelier
COMPANY: Pt Morris Wellness Center
TELEPHONE NO.: (718) 792-2400

1. WHITE—F.D. 2. YELLOW—OWNER 3. PINK—SUPERVISOR 4. GOLDENROD—BUILDINGS DEPT.

**FIRE DEPARTMENT**
**BUREAU OF FIRE PREVENTION**
**9 MetroTech Center**
**Brooklyn, N.Y. 11201-3857**

Page 1 Of 2

# LETTER OF DEFECT

Control No. 037335

**Premises:** 507 East 138th Street
Bronx, NY 10454

**Owner:**
Jose Betancourt
507 East 138th Street
Bronx, NY 10454
ZIP

**DATE OF INSPECTION:** 08-18-2007
**INSPECTOR: (Print)** M. Vaudlier
**BLDG. DEPT. APPL. NO.:** 201037335
**PLAN NO.:** BX-15-06R
**FLOOR(S) INSPECTED:** Bst, 1th-3
**SYSTEM:** Type "3" with Central Office Connection

Sir/Madame,

You are hereby informed that upon inspection of the Electrical Equipment installed at the above premises, deficiencies were noted requiring the corrective action stated below. This letter of Defect is subject to administrative review and may result in the issuance of an Amended Letter of Defect.

1. Provide / Install Amended Fire Alarm Riser wiring diagram/layout by Fire Control Panel to reflect all changes made as per Engineer of Record + as required.
2. Complete the Installation of Dedicated Transfer Switch for Fire Alarm Emergency Generator Power Supply + make operable as required.
3. Properly Remove #10 AWG Ground Wiring from Power Through-wire Breakers + place in proper EMT + make operable as required.
4. Properly Place both Primary + Secondary Phone Jacks in Locked Box near Main Telephone Block as required.
5. Provide / Arrange for both Remote Annunciators to be Non-Resettable + Non-Resettable + make operable as required.
6. Provide / Install a one inch diagonal white stripe from upper left to lower right hand corner on All Manual Pull Stations throughout as required.
7. Properly Remove all Horn/Strobes from Fire Stairs throughout + make operable as required.
8. Provide / Install 8" Smoke Bell + Label Properly above Fire Control Panel as required.
9. Provide / Arrange for A+B Circuit to be supervised by Fire Control Panel from all Horn/Strobes throughout + make operable as required.
10. Remove all Remote Testing + Reset Key switches for Duct Smoke Detectors on 3rd Floor + make operable as required.

RECEIVED BY: Jose Betancourt
INSPECTOR: M. Vaudlier
COMPANY: Pt. Morris Williams Const.
TELEPHONE NO.: (718) 772-2800

1. WHITE—F.D. 2. YELLOW—OWNER 3. PINK—SUPERVISOR 4. GOLDENROD—BUILDINGS DEPT.

M113-25 95-940121-2

FIRE DEPARTMENT
BUREAU OF FIRE PREVENTION
9 MetroTech Center
Brooklyn, N.Y. 11201-3857

Page 2 Of 3

# ELECTRICAL INSPECTION

## LETTER OF DEFECT

Premises 504 East 138th Street, Bronx

(11) Provide/Arrange for all Tamper Switches to be Supervisory only & not trip the entire fire alarm system & make operational as required.

(12) Repair/Replace All Water flow Switches throughout & Test on actual flow of water between 30-90 seconds & make all operational as required.

(13) Provide/Install Area Smoke Detectors in both Roof level FMR's & make both operational as required.

(14) Provide/Arrange for all Duct Smoke Detectors to report Location & Fan Number to New Fire Control Panel & make operational as required.

(15) Repair/Replace all Defective Heat/Strobes in Bsmt level Garage Area & make all operational as required.

(16) Provide/Install Area Smoke Detectors in Bsmt level Electrical Room, Fire Pump Room, & Mechanical Room replacing Heat Smoke Detectors & relocate to highest point of ceiling & make all operational as required.

(17) Properly Relocate all Area Smoke Detectors to 36 inches minimum away from A.C. Diffusers & make operational as required.

(18) Properly Label & Paint Red Disconnect Switch for Air Compressor for Dry Sprinkler System in Bsmt as required.

(19) Provide/Arrange for Low & High Air Monitoring of Dry Sprinkler in Bsmt Level to New Fire Control Panel & Approved Central Office Company & make operational as required.

(20) Paint all Junction Boxes, Troughs covers, Conduits red throughout as required.

(21) Provide/Arrange for Test/Inspection of Top of Elevator Shaft Smoke Detector as required.

(22) All the above items shall not be considered Self Certifiable by Licensed Electrical Contractor & require submission of Form B-45 for Test/Inspection with a member of this Dept.

INSPECTOR M. [illegible]

1. WHITE—F.D. 2. YELLOW—OWNER 3. PINK—SUPERVISOR 4. GOLDEN ROD —BUILDING DEPT.

M113-22 95-940118-2

FIRE DEPARTMENT
BUREAU OF FIRE PREVENTION
9 MetroTech Center
Brooklyn, N.Y. 11201-3857

Page __3__ Of __3__

# ELECTRICAL INSPECTION

# LETTER OF DEFECT

Premises __304 East 138 St, Bronx__

(23) Remove all Carbon Monoxide Detectors the last or Class E Occupancy does not require this device per Local Law #7.

(24) Adhere to F.P. _____ Index letter #0707051 dated August 3, 2007 in its entirety.

INSPECTOR __M. Kavulas__

1. WHITE—F.D.    2. YELLOW—OWNER    3. PINK—SUPERVISOR    4. GOLDEN ROD—BUILDING DEPT.

M113-22 95-940118-2