```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
BETANCOURT PROPERTIES MANAGEMENT CORP.
and RENEWAL ARTS REALTY CORP.,
```

**Rule 7.1 Disclosure Statement**
07-cv-11047 (TPG)

```
                Plaintiffs,


                -against-


SIMPLEX GRINNELL LP a/k/a and/or d/b/a
SIMPLEX GRINNELL or TYCO/FIRE &
SECURITY/SIMPLEX GRINNELL,


                Defendants.
------------------------------------------X
```

      Neither Plaintiff Betancourt Properties Management Corp. nor plaintiff Renewal Arts Realty Corp., has any parent corporation, and no public corporation owns any of the stock of either plaintiff.

Dated: April 23, 2008

Respectfully Submitted,

BY: _____
Brian M. Limmer, Esq. (BL5053)
Attorney for Plaintiffs
114 Old Country Road
Suite 460
Mineola, NY 11501
(516) 877-8100

To:   Michael D. Shalhoub, Esq. (MS-2879)
      Suzin L. Raso, Esq. (SR-5426)
      GOLDBERG SEGALLA, LLP
      170 Hamilton Avenue, Suite 203
      White Plains, New York 10601-1717