```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
BETANCOURT PROPERTIES MANAGEMENT CORP.
and RENEWAL ARTS REALTY CORP.,
```

                        Plaintiffs,                    **Response to Defendant's Rule 56.1 Statement**
07-cv-11047 (TPG)

    -against-

```
SIMPLEX GRINNELL LP a/k/a and/or d/b/a
SIMPLEX GRINNELL or TYCO/FIRE &
SECURITY/SIMPLEX GRINNELL,

             Defendants.
------------------------------------------X
```

    2.    The contract signed by Plaintiffs and Defendant contains a provision excluding the recovery of consequential damages under certain circumstances not relevant to this case, and that provision does not, as defendant claims, apply to a breach of the contract as alleged by plaintiffs.

Dated: April 23, 2008

                                      Respectfully Submitted,

                              BY: _____
                                 Brian M. Limmer, Esq. (BL5053)
                                 Attorney for Plaintiffs
                                 114 Old Country Road
                                 Suite 460
                                 Mineola, NY 11501
                                 (516) 877-8100

To:    Michael D. Shalhoub, Esq. (MS-2879)
        Suzin L. Raso, Esq. (SR-5426)
        GOLDBERG SEGALLA, LLP
        170 Hamilton Avenue, Suite 203
        White Plains, New York 10601-1717