```
SUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
BETANCOURT PROPERTIES MANAGEMENT CORP.
and RENEWAL ARTS REALTY CORP.,
                                         STATEMENT OF UNDISPUTED
                                         MATERIAL FACTS OF RECORD
              Plaintiffs,                CASE NO. 07-cv-11047(TPG)

              -against-

SIMPLEX GRINNELL LP a/k/a and/or d/b/a
SIMPLEX GRINNELL or TYCO/FIRE &
SECURITY/SIMPLEX GRINNELL,

              Defendants.
----------------------------------------X
```

1. On or about May 30, 2007 Plaintiffs signed a contract with SIMPLEXGRINNELL LP to perform certain fire safety system and design-related work at 804 East 138th Street, Bronx, NY.

2. On or about July 3, 2007 the Plaintiffs delivered a letter to Defendant, a copy of which is attached hereto as Exhibit "A", outlining its improper, defective and untimely performance of the subject project.

3. Annexed hereto as Exhibit "B" is a true copy of the City of New York Fire Department letter dated April 25, 2007 against the premises which Plaintiffs received that, <u>inter alia</u>, outlines the basis for Plaintiffs' instant claims against Defendant.

4. Annexed hereto as Exhibit "C" is a true copy of the

Letters of Defect Plaintiffs dated 8/18/07 received from the City of New York Fire Department against the premises for the subject project that is at bar.

Dated: Mineola, NY
     April 23, 2008

                             Respectfully Submitted,

BY: _____
     Brian M. Limmer, Esq.(BL-5053)
     Attorney for Plaintiffs
     114 Old Country Road
     Suite 460
     Mineola, NY 11501
     (516) 877-8100

To: Michael D. Shalhoub, Esq. (MS-2879)
    Suzin L. Raso, Esq. (SR-5426)
    GOLDBERG SEGALLA, LLP.
    170 Hamilton Avenue, Suite 203
    White Plains, New York 10601-1717