UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

BETANCOURT PROPERTIES
MANAGEMENT CORP. and RENEWAL
ARTS REALTY CORP.,

           Plaintiffs,    :    07 Civ. 11047 (TPG)

    - against -    :    **ORDER**

SIMPLEX GRINNELL LP a/k/a and/or
d/b/a SIMPLEX GRINNELL or TYCO/
FIRE & SECURITY/SIMPLEX GRINNELL.   :

           Defendants.    :

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/08

    On April 23, 2008 plaintiff moved to amend the complaint. The motion was returnable April 30.

    There has been no opposition. The motion is granted.

    SO ORDERED.

Dated:    New York, New York
           August 29, 2008

                                      _____
                                        THOMAS P. GREISA
                                        U.S.D.J.