UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

BETANCOURT PROPERTIES
MANAGEMENT CORP. and RENEWAL
ARTS REALTY CORP.,

       Plaintiffs,

- against -

SIMPLEX GRINNELL LP a/k/a and/or
d/b/a SIMPLEX GRINNELL or
TYCO/FIRE &
SECURITY/SIMPLEXGRINNELL,

       Defendant.

------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 2, 2009

07 Civ. 11047 (TPG)

**ORDER**

The Clerk of the Court is directed to change the title of document 27 on the civil docket to Second Amended Complaint, and the title of document 28 to Third Amended Complaint.

Dated: New York, New York
   March 2, 2009

SO ORDERED

_____
Thomas P. Griesa
U.S.D.J.